IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MARTIN GASPER MAZZARA, Defendant. | CR-16-19-GF-BMM ORDER |
|---|---|

Upon the motion of the United States, and for good cause shown,

IT IS ORDERED that the Superseding Indictment and Second Superseding Indictment against Martin Gasper Mazzara are dismissed.

DATED this 28th day of August, 2017.

Brian Morris
United States District Court Judge